IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMIE MADDOX,

     Petitioner,

v.                                    CASE NO. 4:08cv250-RH/WCS

WARDEN CUMMINS,

     Respondent.

_____/

## ORDER VACATING JUDGMENT

This case is before the court on the magistrate judge's report and recommendation (document 28). Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The petitioner's letters (documents 26 and 27) are construed as a motion for relief from the judgment under Federal Rule of Civil Procedure 60(b)(1). The motion is GRANTED. The judgment entered on November 14, 2008 (document

22) is VACATED.  The case is remanded to the magistrate judge for further proceedings.

    SO ORDERED on June 26, 2009.

                                            s/Robert L. Hinkle
                                            United States District Judge