IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMIE MADDOX,

     Petitioner,

v.                                      CASE NO. 4:08cv250-RH/WCS

WARDEN CUMMINS,

     Respondent.

_____/

## ORDER DISMISSING PETITION

This case is before the court on the magistrate judge's report and recommendation (document 37). No objections have been filed. Upon consideration,

     IT IS ORDERED:

     The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is DISMISSED." The clerk must close the file.

     SO ORDERED on December 15, 2009.

                                              s/Robert L. Hinkle
                                             United States District Judge